PACIFIC BANK, LIMITED, FORMERLY KNOWN
AS THE ASANO CHUYA BANK, LIMITED, *v.*
M. E. GOMES, JR., K. OKI, F. K. MAKINO, JAS.
W. ACHUCK AND D. K. TRASK, DEFENDANTS
IN ERROR; JAMES BICKNELL, AUDITOR, CITY
AND COUNTY OF HONOLULU, GARNISHEE.

No. 1699.

TAXATION OF COSTS.

ARGUED JUNE 13, 1927.                    DECIDED JUNE 16, 1927.

PERRY, C. J., PARSONS, J., AND CIRCUIT JUDGE CRISTY
IN PLACE OF BANKS, J., ABSENT.

*Per Curiam.* The plaintiff in error moves for taxation
of costs. The only item in its bill which is disputed is
a charge of $237.00 for "transcript of evidence paid to
official court reporter." Ordinarily, and in the absence
of a contract to the contrary, the expense incurred in
procuring a transcript of the evidence necessary for the
consideration of an appeal is taxable as costs in favor of
the prevailing party. *Robinson* v. *Honolulu Rapid Tran-
sit & Land Co.,* 20 Haw. 467, 468; *Tyler* v. *Wise,* 21
Haw. 166; *Magoon* v. *Lord-Young Co.,* 23 Haw. 187. The
undisputed facts in this case are, however, that after the
rendition of the verdict the parties ordered the transcript
under an oral agreement entered into between them that
each should pay one-half of the cost. Nothing was said
at that time with reference to the taxation of the item
as costs. The agreement to pay one-half each was un-
qualified. Under these circumstances the item is not
now taxable as costs. "An expenditure for a transcript
ordered by the opposing parties under an unqualified
agreement entered into by them that each would pay

one-half of the expense is not taxable as costs in favor of the prevailing party." *Scott* v. *Kona Development Co.*, 21 Haw. 462.

The item in question is disallowed. The costs are taxed in the total sum of $93.75.

*J. C. Kelley* for plaintiff in error.

*J. B. Lightfoot* for defendants in error.